

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | DAYLE ELIESON |
| | United States Attorney |
| 2 | ROBERT A. KNIEF |
| | Assistant United States Attorney |
| 3 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 4 | Telephone: (702) 388-6336 |
| | Email: Robert.Knief@usdoj.gov |
| 5 | Counsel for Plaintiff United States |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 30 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:18-CR-0029-JCM-VCF |
| vs. | |
| DWAYNE MARTIN, | GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL CASE |
| Defendant. | |

COMES NOW the United States of America, by and through Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, and moves this Court to unseal the case and all proceedings due to the defendant being located in States custody.

DATED this 30th day of October, 2018

Respectfully submitted,

DAYLE ELIESON
Acting United States Attorney

/s/ Robert A. Knief
ROBERT A. KNIEF
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DWAYNE MARTIN,<br><br>        Defendant. | Case No.: 2:18-CR-0029-JCM-VCF<br><br>ORDER TO UNSEAL CASE |

Based on Government's Application for an Order to Unseal the case and all proceedings issued in the above-captioned matter and good cause appearing, therefor,

IT IS SO ORDERED that the case and all proceedings be unsealed.

DATED this 31st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2