RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Dwayne Martin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-029-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE OBJECTION TO REPORT AND RECOMMENDATION DEADLINE (ECF NO. 58)** |
| v. | |
| DWAYNE MARTIN, | (First Request) |
| Defendant. | |

The parties stipulate to continue the deadline to file Objections to the Report and Recommendation (ECF No. 58) to April 7, 2020.

The Stipulation is entered into for the following reasons:

1.     Defense counsel is working from home due to COVID-19 and is currently without the internet so needs additional time to prepare the objections.

2.     The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 30th day of March, 2020.

RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
Federal Public Defender               United States Attorney


        /s/ Erin Gettel                      /s/ Peter Walkingshaw
By_____            By_____
ERIN GETTEL                           PETER WALKINGSHAW
Assistant Federal Public Defender     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DWAYNE MARTIN,

        Defendant.

Case No. 2:18-CR-029-JCM-VCF

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel is working from home due to COVID-19 and is currently without the internet so needs additional time to prepare the objections.

2. The parties agree to the continuance.

1

## **ORDER**

2     IT IS THEREFORE ORDERED that the parties herein shall have to and including April

3   7, 2020, within which to file the Defendant's objections to the report and recommendation (ECF

4   No. 58).

5     DATED this 2nd day of April, 2020

6   _____

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26