RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Dwayne Martin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00029-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| DWAYNE MARTIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter Walkingshaw, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Dwayne Martin, that the Sentencing Hearing currently scheduled on January 29, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than April 1, 2021.

This Stipulation is entered into for the following reasons:

1.      Mr. Martin is requesting the continuance of his sentencing to avoid unnecessary shuffling between facilities, extended quarantines, and other COVID-risk exposures associated with transportation between locations. The additional time in US Marshal custody will allow

1    him to receive additional treatment and continuity of care that might be lost if he is shuffled

2    between the federal and state system.

3         2.       Mr. Martin is currently in the U.S. Marshals' custody on a *writ*. ECF No. 8. His

4    state court sentence is set to expire in late March 2021.  If the sentencing proceeds as scheduled

5    next week, Mr. Martin will begin a two-week quarantine at Nevada Southern Detention Center

6    and then be transported to the Nevada Department of Corrections. Following his sentencing

7    completion in the next 6 weeks, he will then be transported back to the Nevada Southern

8    Detention Center and quarantined pending designation and transportation to the U.S. Bureau of

9    Prisons. During this time, Mr. Martin's medication and medical treatments are likely to be

10   inconsistent or interrupted.

11        3.       If the Court grants his request for a continuance of the sentencing date to allow

12   his state custody to expire, Mr. Martin will not be shuffled between facilities during the next

13   two months, risking unnecessary exposure to COVID, and possibly interrupting his medical

14   treatment and medication.

15        4.       As the Court knows, Mr. Martin has serious medical issues, including rational

16   deformity of the spine, kyphosis of the cervical region and degenerative disk disease. PSR ¶ 71.

17   As a result, he walks with a cane, requires additional accommodations, and reports that he is in

18   constant pain.  At this time, he is being evaluated for a significant back and neck surgery and is

19   seeing doctors to develop a treatment plan. Allowing Mr. Martin to delay his sentencing until

20   the first week of April will also assist in his treatment and the development of a long-term

21   treatment recommendation should he serve a significant sentence with the Bureau of Prisons.

22        5.       The defendant is in custody and agrees with the need for the continuance.

23        6.       The parties agree to the continuance.

24

25   / / /

26   / / /

2

1    This is the second request for a continuance of the sentencing hearing.

2    DATED this 20th day of January, 2021.

3

4    RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
     Federal Public Defender                United States Attorney

5

6        */s/ Kathryn C. Newman*                   */s/ Peter Walkingshaw*
     By_____         By_____

7    KATHRYN C. NEWMAN                     PETER WALKINGSHAW
     Assistant Federal Public Defender      Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00029-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DWAYNE MARTIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, January 29, 2021 at 10:00 a.m., be vacated and continued to __April 9, 2021__ at the hour of 10:00 a.m.

DATED January 22, 2021.

_____
UNITED STATES DISTRICT JUDGE

4