JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PETER WALKINGSHAW
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Peter.Walkingshaw@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-0029-JCM-VCF |
| Plaintiff, | **Motion to Dismiss the Superseding Information Without Prejudice** |
| v. | |
| DWAYNE MARTIN, | |
| Defendant. | |

The Superseding Information (ECF No. 72) in this case charges Defendant Dwayne Martin with violating 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Superseding Information without prejudice.

Respectfully submitted this 31st day of May, 2022.

JASON FRIERSON
United States Attorney

*s/* Peter Walkingshaw
PETER WALKINGSHAW
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-0029-JCM-VCF |
| Plaintiff, | **Order Granting Motion to Dismiss the Superseding Information Without Prejudice** |
| v. | |
| DWAYNE MARTIN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Superseding Information (ECF No. 72) against Defendant Dwayne Martin.

JASON FRIERSON
United States Attorney

*s/* Peter Walkingshaw
PETER WALKINGSHAW
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this   1st   day of   June  , 2022.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE